# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Sean C. Southard<br>  PLAINTIFF,<br>VS.<br>Jason McCoy<br>Kenneth McCoy<br>  DEFENDANTS, | **Case No: 18-04177-TOM11**<br>**AP No: 19-00090-TOM** |

## COURTROOM DEPUTY NOTES

**Matter(s):** 
1) RE: Doc #127; Motion for Charging Order as to Jason McCoy filed by Sean C. Southard, in his capacity as the Liquidating Trustee of the Mission Liquidating Trust
2) RE: Doc #128; Motion for Charging Order as to Kenneth McCoy filed by Sean C. Southard, in his capacity as the Liquidating Trustee of the Mission Liquidating Trust

**Date and Time:** Monday, July 25, 2022 10:30 AM

**Appearances:** Bradley Richard Hightower, attorney for Sean C. Southard (Plaintiff) - by phone
Daniel D Sparks, attorney for Sean C. Southard (Plaintiff)
Evan Nicholas Parrott and Rob Kampfner, attorneys for Defendants - by phone

**Courtroom Deputy:** Chris Callies

**Presiding Judge:** TAMARA O. MITCHELL

**Court Notes:** Based on agreement of the parties, these Motions are due to be granted; Brad Hightower to submit a separate order.

Date Prepared: 07/27/2022