# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Sean C. Southard } | **Case No: 18-04177-TOM11** |
|   PLAINTIFF, } | **AP No: 19-00090-TOM** |
| VS. } | |
| Jason McCoy } | |
| Kenneth McCoy } | |
|   DEFENDANTS, | |

## ORDER AND NOTICE OF HEARING

This matter came before the Court on Monday, July 25, 2022 10:30 AM, for a hearing on the following:

    1) RE: Doc #134;Plaintiff's Motion for Issuance of of Writs of Execution (Kenneth McCoy)
    2) RE: Doc #133; Plaintiff's Motion for Issuance of Writs of Execution (Jason McCoy)
    3) RE: Doc #172; Defendants' Objection to the Motion for Issuance of Writs of Execution (Jason McCoy)
    4) RE: Doc #173; Defendants' Objection to the Motion for Issuance of Writs of Execution (Kenneth McCoy)
    5) RE: Doc #195; Response to Plaintiff's Motion for Issuance of of Writs of Execution (Kenneth McCoy) filed by Evan N. Parrott, Attorney for the McCoys

Proper notice of the hearing was given and appearances were made by the following:
    Bradley Richard Hightower, attorney for Sean C. Southard (Plaintiff) - by phone
    Daniel D Sparks, attorney for Sean C. Southard (Plaintiff)
    Evan Nicholas Parrott and Rob Kampfner, attorneys for Defendants - by phone

**It is therefore ORDERED, ADJUDGED and DECREED that:**

Based on arguments of counsel and the pleadings, these matters are continued to August 8, 2022 at 11:00 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Further, the Defendants have until 12:00 pm CDT on August 4, 2022 to produce the documents as noted on the record.

Dated: 07/27/2022

    /s/ TAMARA O. MITCHELL
    TAMARA O. MITCHELL
    United States Bankruptcy Judge