# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Sean C. Southard } | **Case No: 18-04177-TOM11** |
|   PLAINTIFF, } | **AP No: 19-00090-TOM** |
| VS. } | |
| Jason McCoy } | |
| Kenneth McCoy } | |
|   DEFENDANTS, | |

## ORDER RESCHEDULING HEARING

This matter was scheduled for a hearing on Monday, August 08, 2022 11:00 AM on the following:

  1) RE: Doc #133; Plaintiff's Motion for Issuance of Writs of Execution (Jason McCoy)

  2) RE: Doc #134; Plaintiff's Motion for Issuance of of Writs of Execution (Kenneth McCoy)

  3) RE: Doc #172; Defendants' Objection to the Motion for Issuance of Writs of Execution (Jason McCoy)

  4) RE: Doc #173; Defendants' Objection to the Motion for Issuance of Writs of Execution (Kenneth McCoy)

  5) RE: Doc #195; Response to Plaintiff's Motion for Issuance of of Writs of Execution (Kenneth McCoy) filed by Evan N. Parrott, Attorney for the McCoys

**It is hereby ORDERED, ADJUDGED and DECREED that:**

Based on agreement of the parties, these matters are continued to August 22, 2022 at 11:00 am in courtroom number 3 of the Robert S. Vance Federal Building, 1800 5th Avenue North, Birmingham, Alabama.

Dated: 08/04/2022

                                                          /s/ TAMARA O. MITCHELL
                                                          TAMARA O. MITCHELL
                                                          United States Bankruptcy Judge